# IN THE COURT OF APPEALS OF TENNESSEE

## AT KNOXVILLE

FILED

**January 28, 1999**

**Cecil Crowson, Jr.
Appellate Court
Clerk**

| | |
|---|---|
| RHONDA G. GOLEY, | ) C/A NO. 03A01-9809-CV-00293 |
| | ) |
| Plaintiff-Appellant, | ) KNOX CIRCUIT |
| | ) |
| v. | ) |
| | ) |
| ANDREW J. BROYLES, II, | ) |
| | ) |
| Defendant-Appellee. | ) |

_____ O R D E R

This cause was regularly heard and considered by the court. IT IS NOW

ORDERED that the judgment of the Trial Court is reversed, and the cause remanded.

The costs of appeal are adjudged to appellee, for which execution may issue if

necessary.

PER CURIUM